John D. Guerrini  (190972)
**THE GUERRINI LAW FIRM**
750 East Green Street, Suite 200
Pasadena, CA 91101
626-229-9611 telephone
626-229-9615 facsimile
guerrini@guerrinilaw.com
Attorneys for Plaintiff and Judgment
Creditor George L. Miller, Chapter 7 Trustee

[13237]

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE L. MILLER, CHAPTER 7 TRUSTEE FOR THE ESTATE OF WL HOMES, LLC., et al., <br><br> Plaintiff, <br><br> vs. <br><br> SACRAMENTO A-1 DOOR, <br><br> Defendant. | CASE NO. 2:12-mc-00100-GEB-AC <br><br> **[PROPOSED] ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER** |

Based upon Plaintiff's Request and Order for Service of Process by Registered Process Server, and upon finding of good cause,

IT IS HEREBY ORDERED that American Legal Support Services, Inc. who is at least 18 years of age of suitable discretion and not a party to the within action, be authorized and appointed to serve the writs in the above case.  The U.S. Marshals Office will remain the levying officer.

Dated:  December 11, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

-1-

**[PROPOSED] ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28